# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HULTS and EILEEN HULTS,<br><br>          Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, et al.,<br><br>          Defendants. | Case No. 2:12-cv-09624-SVW-JCG<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE**<br><br>JS - 6 |

**IT IS SO ORDERED.** All claims against all Defendants are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: April 18, 2014        By: _____
                                    Stephen V. Wilson
                                    United States District Judge